#7034
3/24/10
$3.99

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------------------------

IN RE:                                                                                BK NO. 07-21865

STEPHEN C SCHAIBLE
     Debtor(s)
--------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    Stephen C Schaible
    10 Ontario Street
    Honeoye Falls NY 14472-1110

2. Your Trustee's check for $3.99 payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: March 23, 2010
      Rochester, NY             /s/_____
                                                 GEORGE M. REIBER, TRUSTEE


FILED MAR 24 2010 BANKRUPTCY COURT ROCHESTER, NY


RECEIVED MAR 24 2010 BANKRUPTCY COURT ROCHESTER, NY